IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-88-BO

| | |
|---|---|
| MONTOYAE DONTAE SHARP, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN MELVIN )<br>Defendant. ) | ORDER |

This cause comes before the Court on a motion by plaintiff to consolidate this case with an earlier filed action, *Sharpe v. Best*, No. 4:21-CV-185-BO (E.D.N.C.). Defendant has appeared and does not oppose consolidation. [DE 17].

Accordingly, and pursuant to Fed. R. Civ. P. 42, plaintiff's motion [DE 3] is GRANTED. This action is hereby CONSOLIDATED with the earlier-filed case, *Sharpe v. Best*, for discovery and motions practice. Whether the cases will remain consolidated for trial will be determined at a later date.

All future filings shall reflect that this is a consolidated action and list both case captions. All future filings shall further be filed only in the lead case, No. 4:21-CV-185-BO. Plaintiff is further permitted to file a single consolidated complaint in the lead case within fourteen (14) days of the date of entry of this order. The motion to intervene by the City of Greenville in the second-filed action [DE 18] is hereby DENIED WITHOUT PREJUDICE to refiling, if necessary, in the consolidated action. Finally, the clerk is DIRECTED to enter this order in both cases and to remove this case from the Court's active docket. It will be returned to the active docket in the event the matters are unconsolidated for trial or for entry of judgment.

SO ORDERED, this 31 day of October 2022.

                                    _____
                                    TERRENCE W. BOYLE
                                    UNITED STATES DISTRICT JUDGE